B2500A (12/15)



# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

In the matter of: )
Power Home Solar, LLC (dba Pink Energy ) ) Case No. 22–50228
        Debtor(s) )
) Chapter 7
)
Claude Mumpower Herman Bland Sylvia Bland Jacob )
Green Emily Yeatts Marc Vredenburg Shon Jualin Amber
Jualin Dustin Fontenot Richard Monteria Nirmal Sakthi
Logan Schalk Kim L. Larsen Scott Larsen Jason Schieber
Damien Sink Eric Medlin Heather Wilson Medlin George
W. Harris III Mohamed Abdalla Reagan Atkins Brian
Baumgardner Samantha Bowyer Paul Campbell III Teresa
Ciccone Michael Craighead James Crowder Joshua Dickey
Robert Duncan Michael Dunford Dominic During Glen
Erwin Anthony Fucci Melissa Grube Richard Harrell
Denise Henderson Philip Joiner Dumont Jones Jeanette
Jones Kami Jordy Marc Kennedy Joshua Laplante
Stephanie Laplante Carrie Lee Howard Lohnes Norma
Lohnes Elizabeth Mank Wendy Minor Joesil Moore Debra
Orr Edwin Pinto–Castillo Catherine Pistone Rick Pistone
Jeffrey Preuss Erin Ray Wesley Richie Tracey Richie
Kathy Roberson Daniel Roberts Pamela Seifert Ashley
Shelley Kelly Tenorio Lashanda Theodore Wilson
Theodore Anthony Ward Jerry Watson Jesse Weaver
Kristen White Nina Briggs Margaret Fleshman Angela
Morris John Morris Carl Steinhart Christian Stratton
Ashley Sustek Matt Sustek Chelsea Vanden–Berg Jacob
Vanden–Berg Eric C. Michaux Stacey Battle Lesley
Jackson Daniel Jackson James Mackey Sondra Mackey
Vichittra Prasongphime Silberio Reyes Steve Hollingshead
        Plaintiff(s) )
  v. )
Power Home Solar, LLC Jayson Waller Sunlight Financial )
LLC Dividend Solar Finance, LLC GoodLeap, LLC Solar
Mosaic, Inc. Cross River Bank Technology Credit Union    Adv. Proc. No. 23–03005
Digital Federal Credit Union Addition Financial Credit
Union SLST Underlying Trust 2020–1 Does 1–10
        Defendant(s) )

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

      Steven T. Salata, Clerk
      U.S. BANKRUPTCY COURT
      401 West Trade StreetBR /Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

Rashad Blossom BR /301 S. McDowell St.BR /Suite 1103BR /Charlotte, NC 28204

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: 3/13/2023                                s/   Steven T. Salata
                                                                                 *Clerk of the Bankruptcy Court*

Electronically filed and signed

**CERTIFICATION OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made on _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name : _____

Business Address : _____

_____